FILED _____ LODGED
RECEIVED _____ COPY

MAY 5 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MOTOROLA, INC., ) | No. CV 04-128-TUC-RCC |
| Plaintiff, ) | **PERMANENT INJUNCTION ORDER** |
| ) | |
| vs. ) | |
| ) | |
| NICHOLAS DELUCA; NICHOLAS) | |
| DELUCA dba RADIO DESIGN; THE) | |
| DELUCA GROUP; RADIO HUT CORP.;) | |
| RADIO COMMUNICATIONS SYSTEM,) | |
| INC.; INSTACOM INDUSTRIES; EPW) | |
| COMMUNICATIONS, INC.; and) | |
| SHADOW TEAM CORP., ) | |
| Defendants. ) | |

Pursuant to stipulation of the parties,

**IT IS HEREBY ORDERED** that Defendant DeLuca and all his officers, directors, principals, agents, servants, employees, successors, immediate family members and assigns, and all those persons or entities acting in active concert or participation with him and who receive actual notice of this injunction, are permanently enjoined and prohibited from:

1)   The manufacture, advertising, marketing, promoting, offering for sale, selling, distribution, programming or transferring of non-genuine Motorola radios, parts or equipment, including but not limited to two-way radios built from Motorola parts or

1  advertised as genuine Motorola radios, including without limitation the ASTRO Saber III,
2  XTS2500, XTS3000, XTS3500, and XTS5000 models;

3      2)    Making any unauthorized use in commerce of any trademarks owned by
4  Motorola, or any simulations, reproductions, counterfeits, copies or colorable imitations
5  thereof, including but not limited to:

6          a.    Registered service mark No. 847,770 for the Motorola design;
7          b.    Registered trademark No. 887,046 for the name "Motorola" and design;
8          c.    Registered trademark No. 1,671,037 for the name "Motorola;"
9          d.    Registered trademark No. 1,674,103 for the Motorola design;
10         e.    Registered trademark and service mark No. 1,680,185 for the name
11            "Motorola" and design.

12     3)    Make any unauthorized use of any Motorola Radio Service Software Computer
13 Programming Software, Lab Tools and/or any and all other software used to program or
14 service two-way radios or related equipment;

15     4)    Making any unauthorized use of any Motorola trademark, trade name, logo or
16 copyrighted work in any genuine or non-genuine Motorola radios, software, parts or
17 equipment, or the means of advertising, promoting or selling such items, including but not
18 limited to labels, packaging materials, containers, manuals, brochures and/or advertisements;

19     5)    Using any logo, trade name, trademark, or service mark that may be calculated
20 to falsely represent or which has the effect of falsely representing that DeLuca, his services
21 or products are sponsored by, originate with, or are in any way approved of by Motorola;

22     6)    Falsely representing that DeLuca, his goods and/or services are affiliated,
23 connected, or associated with Motorola;

24     7)    Palming or passing off radios or other products as genuine Motorola products;
25 and

26     8)    Assisting, aiding, or abetting any other person or entity from engaging in any
27 of the acts set forth in above paragraphs (1) through (7).

28

1    **IT IS FURTHER ORDERED** that the Court shall maintain jurisdiction over this
2  permanent injunction.

3

4       DATED this 28th day of April, 2004.

5

6

7                                           RANER C. COLLINS
                                            United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28