IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MOTOROLA, INC., | No. CV 04-128-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| NICHOLAS DELUCA; NICHOLAS DELUCA dba RADIO DESIGN; THE DELUCA GROUP; RADIO HUT CORP.; RADIO COMMUNICATIONS SYSTEM, INC.; INSTACOM INDUSTRIES; EPW COMMUNICATIONS, INC.; and SHADOW TEAM CORP., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** and the case is **CLOSED**.

**IT IS FURTHER ORDERED** that all parties shall bear their own costs and fees.

DATED this 28th day of April, 2004.

RANER C. COLLINS
United States District Judge